AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

R. BROOK STOUTENBURGH and
PATRICIA STOUTENBURGH,

V.

GRAND BANKS YACHTS, LTD. and
EAST COAST YACHT SALES, INC.,

**SUBPOENA IN A CIVIL CASE**

Case Number: CA 04 441 S
(D. Rhode Island)

TO: Records Custodian
Hinckley Yacht Services
202 Banks Road
Oxford, MD 21654

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHMENT**

| PLACE OF INSPECTION (OR WHERE COPIES SHOULD BE DIRECTED) | DATE AND TIME |
|---|---|
| Postal Suites Plus, Easton Plaza, Easton, MD 21601 | May 11, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant Grand Banks Yachts, Ltd. | April 18, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brooks R. Magratten, (3585), Attorney for Defendant Grand Banks Yachts, Ltd., Vetter & White, 20 Washington Place, Providence, RI 02903 (401) 421-3060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

# AMENDED AFFIDAVIT OF SERVICE

**State of** **County of** **United States Distri Court**

Case Number: CA 04 441 S Court Date: 5/11/2005

Plaintiff:
**R. BROOK STOUTENBURGH, ET AL**

vs.

Defendant:
**GRAND BANKS YACHTS, LTD., ET AL**

For:
VETTER & WHITE INCORPORATED
20 Washington Place
Providence, RI 02903

Received by PRIORITY PROCESS on the 25th day of April, 2005 at 12:27 pm to be served on **RECORDS CUSTODIAN, HINCKLEY TACHT SERVICES, 202 BANKS ROAD, OXFORD, MD 21654**.

I, B N B PROCESS, being duly sworn, depose and say that on the **29th day of April, 2005** at **1:05 pm, I:**

Delivered a true copy of the **SUBPOENA IN A CIVIL CASE** to BEN SHEETS (OPERATIONS MANAGER) who stated that they were authorized to accept for the witness/defendant in their absence.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 165, Hair: Grey, Glasses: Y

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

EDITH E. SIMMS NOTARY PUBLIC MONTGOMERY CO., MD

EDITH E. SIMMS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires March 1, 2008

Subscribed and sworn to before me on the 13th day of May, 2005 by the affiant who is personally known to me.

Edith E. Simms

Notary Public

M Elizabeth Dickerson

**B N B PROCESS**
Process Server

**PRIORITY PROCESS**
**P.O. Box 4189**
**Rockville, MD 20849-4189**
**(800) 420-8080**

Our Job Serial Number: 2005004317

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f