# RETURN OF SERVICE

**State of Florida** **County of PALM BEACH** **District Court**

Case Number: CA 04 441 S Court Date: 5/11/2005

Plaintiff:
**R. BROOK STOUTENBURGH AND PATRICIA STOUTENBURGH**

vs.

Defendant:
**GRAND BANKS YACHTS, LTD. AND EAST COAST YACHT SALES, INC.**

For:
Diana Noviello
CAIRNCROSS & HEMPELMANN, P.S.
524 Secound Avenue
Suite 500
Seattle, WA 98104

Received by LEGAL SUPPORT SERVICES OF FLORIDA, INC. on the 18th day of April, 2005 at 9:44 am to be served on **HINCKLEY YACHT SERVICES, RECORDS CUSTODIAN, 4550 SE BOATYARD DRIVE, STUART, FL**

I, Edward M Smith, do hereby affirm that on the **10th day of May, 2005 at 11:00 am, I:**

SERVED to a Designated Person, a true copy of the **SUBPOENA IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to, KATHY DIXON who stated that they were authorized to accept for the within named, in their absence.

I certify that I am of legal age and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

**Edward M Smith**
Process Server

**LEGAL SUPPORT SERVICES OF FLORIDA, INC.**
**P.O. Box 75**
**West Palm Beach, FL 33402**
**(561) 833-7900**

Our Job Serial Number: 2005000991

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f