UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER**

Defendant Grand Banks Yachts, Ltd. moves pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and facilitate discovery.

Defendant files herewith a supporting memorandum. All parties have reviewed this motion and order and do oppose them.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
Seattle, WA 98104-2323
(206) 587-0700

Dated: June 23, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
146 Westminster Street, Suite 401
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

90 State Street
Albany, NY 12207

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Unopposed Motion For Entry of a Confidentiality Order by first class mail, postage prepaid, on the 24th day of June, 2005.

Melanie Sisetto

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY**
**OF A CONFIDENTIALITY ORDER**

Defendant Grand Banks Yachts, Ltd. moves pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and facilitate discovery.

Plaintiffs prosecute various tort and contract claims based on alleged defects in a 49 foot motor yacht built by Grand Banks and sold by co-defendant East Coast Yacht Sales, Inc.

Discovery between the parties and of third-parties may involve confidential and commercially sensitive information, trade secrets and information that, in the hands of competing firms, could result in a competitive disadvantage to Grand Banks and East Coast Yacht Sales.

Rule 26(c) provides that upon motion a party may move for the entry of an order that will protect the party from "annoyance, embarrassment, oppression, or undue burden or expense, including…(7) that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way."

The entry of such an order is not uncommon and is appropriate in a case involving commercially sensitive information. See e.g., Foster-Miller, Inc. v. Babcock & Wilcox Canada,

210 F.3d 1, 15 (1st Cir. 200))("The documents in question were all initially marked confidential by FMI and produced under an agreed-to protective order which limited the parties' availability to use materials so marked."); IMAX Corp. v. Cinema Technologies, Inc., 152 F.3d 1161, 1168 n.9 (9th Cir. 1998); Allstate Ins. Co. v. Receivable Finance Co., 2003 WL 22220670 (N.D.Tx. 2003); In re: Inter-Op Hip Prosthesis Liability Litigation, 2001 WL 34131989 (N.D. Oh. 2001).

For these reasons the parties have agreed on the form of order filed with this motion which permits the parties and third-parties to designate materials "Confidential" and limit the distribution of those materials accordingly. The defendant Grand Banks now respectfully requests the Court to enter the same.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
Seattle, WA 98104-2323
(206) 587-0700

Dated: June 23, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
146 Westminster Street, Suite 401
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street
Providence, RI 02903

Galina German, Esq.
DeGraff Foy Kunz & Devine LLP
90 State Street
Albany, NY 12207

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum In Support of Defendant's Unopposed Motion For Entry of a Confidentiality Order by first class mail, postage prepaid, on the 24 th day of June, 2005.

Melanie Gosetti