# RETURN OF SERVICE

**State of Florida** **County of PALM BEACH** **District Court**

Case Number: CA 04 441 S Court Date: 5/11/2005

Plaintiff:
**R. BROOK STOUTENBURGH AND PATRICIA STOUTENBURGH**
vs.
Defendant:
**GRAND BANKS YACHTS, LTD. AND EAST COAST YACHT SALES, INC.**

RECEIVED
JUN 1 3 2005
VETTER & WHITE

For:
Diana Noviello
CAIRNCROSS & HEMPELMANN, P.S.
524 Secound Avenue
Suite 500
Seattle, WA 98104

Received by LEGAL SUPPORT SERVICES OF FLORIDA, INC. on the 18th day of April, 2005 at 9:44 am to be served on **HINCKLEY YACHT SERVICES, RECORDS CUSTODIAN, 4550 SE BOATYARD DRIVE, STUART, FL**

I, Edward M Smith, do hereby affirm that on the **10th day of May, 2005** at **11:00 am, I:**

SERVED to a Designated Person, a true copy of the **SUBPOENA IN A CIVIL CASE** with the date and hour of service endorsed thereon by me to, KATHY DIXON who stated that they were authorized to accept for the within named, in their absence.

I certify that I am of legal age and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true.

**Edward M Smith**
Process Server

**LEGAL SUPPORT SERVICES OF FLORIDA, INC.**
**P.O. Box 75**
**West Palm Beach, FL 33402**
**(561) 833-7900**

Our Job Serial Number: 2005000991

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

R. BROOK STOUTENBURGH and
PATRICIA STOUTENBURGH,

V.

Hinckley Yacht Services
4550 SE Boatyard Drive
Stuart, FL 34997

**SUBPOENA IN A CIVIL CASE**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHMENT**

| PLACE OF INSPECTION (OR WHERE COPIES SHOULD BE DIRECTED) | DATE AND TIME |
|---|---|
| FedEx Authorized Shipping Center, 5815 Southeast Federal Highway, Stuart, FL 34997 | May 11, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant Grand Banks Yachts, Ltd. | April 19, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brooks R. Magratten, (3585), Attorney for Defendant Grand Banks Yachts, Ltd., Vetter & White, 20 Washington Place, Providence, RI 02903 (401) 421-3060 272-6403

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Hinckley Yacht Services<br>4550 SE Boatyard Drive<br>Stuart, FL 34997 | |
| SERVED BY (PRINT NAME) | TITLE |
| | |

## DECLARATION OF SERVER

I declare under perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________ ________________________________________

DATE SIGNATURE OF SERVER

ADDRESS OF SERVER

________________________________________

________________________________________

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.