UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY**
**OF A CONFIDENTIALITY ORDER**

Defendant Grand Banks Yachts, Ltd. moves pursuant to F.R.C.P. 26(c) for the entry of the protective order filed herewith to safeguard confidential information and facilitate discovery.

Defendant files herewith a supporting memorandum. All parties have reviewed this motion and order and do oppose them.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
Seattle, WA 98104-2323
(206) 587-0700

Granted
WSM
USDJ
6/29/05

Dated: June 23, 2005