DPM:lmc 05-114 5/17/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

R. BROOK STOUTENBURGH and
PATRICIA STOUTENBURGH

VS. C.A. NO.: 04-0441/S

GRAND BANKS YACHTS, LTD. and
EAST COAST YACHT SALES, INC.

RECEIVED
JUL 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# STIPULATION

Now come the undersigned parties and hereby agree that plaintiffs shall have through and including May 23, 2005 to respond to the interrogatories and initial request for production of defendant, Grand Banks Yachts, Ltd.

Daniel P. McKiernan, Esquire (#4705)
***Attorney for Plaintiffs***
McKiernan Thompson & Millea
146 Westminster Street, Suite 401
Providence, RI 02903
(401) 223-1400
(401) 223-1401 (fax)

Brooks R. Magratten, Esquire (#3585)
***Attorney for Defendant***
***Grand Banks Yachts, Inc.***
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 (fax)

Dated: 5/18/05