AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

NORTH EASTERN DISTRICT OF NORTH CAROLINA

R. BROOK STOUTENBURGH and
PATRICIA STOUTENBURGH,

V.

GRAND BANKS YACHTS, LTD. and
EAST COAST YACHT SALES, INC.,

**SUBPOENA IN A CIVIL CASE**

Case Number: CA 04 441 S

TO: Records Custodian
Deaton Yacht Service
1306 Neuse Drive
Oriental, NC 28571-0441

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHMENT**

| PLACE OF INSPECTION (OR WHERE COPIES SHOULD BE DIRECTED) | DATE AND TIME |
|---|---|
| Newport Print & Copy, 127 Chatham Street, Newport, NC 28570 | July 29, 2005 |

☒ YOU ARE COMMANDED to permit inspection of the following premises at the ~~date~~ and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant Grand Banks Yachts, Ltd. | July 11, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brooks R. Magratten, (3585), Attorney for Defendant Grand Banks Yachts, Ltd., Vetter & White, 20 Washington Place, Providence, RI 02903 (401) 421-3060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

... copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.