AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

CHARLESTON COUNTY DISTRICT OF SOUTH CAROLINA

R. BROOK STOUTENBURGH and
PATRICIA STOUTENBURGH,

V.

GRAND BANKS YACHTS, LTD. and
EAST COAST YACHT SALES, INC.,

**SUBPOENA IN A CIVIL CASE**

Case Number: CA 04 441 S

TO: Records Custodian
Lucas & Brown
198 East Bay St., Suite 101
PO Box 536
Charleston, SC 29401

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHMENT**

| PLACE OF INSPECTION (OR WHERE COPIES SHOULD BE DIRECTED) | DATE AND TIME |
|---|---|
| Broad Street Printing Co., 143 King Street, Charleston, SC 29401 | July 29, 2005 |

☒ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Defendant Grand Banks Yachts, Ltd. | July 11, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Brooks R. Magratten, (3585), Attorney for Defendant Grand Banks Yachts, Ltd., Vetter & White, 20 Washington Place, Providence, RI 02903 (401) 421-3060

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 7/18/05 @ 1:07 PM | 198 East Bay Street, Suite 101, Charlston, SC 29401 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Cindy Waters, Records Custodian<br>Lucas & Brown<br>198 East Bay St., Suite 101<br>PO Box 536<br>Charleston, SC 29401 | Records Clerk |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Samuel Ehrlich | Process Server |

## DECLARATION OF SERVER

I declare under perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 7/18/05
DATE

[signature]
SIGNATURE OF SERVER

ADDRESS OF SERVER

145 King Street, Charleston, SC 29401

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**EXHIBIT A TO SUBPOENA IN A CIVIL CASE**

R. Brook Stoutenburgh and Patricia Stoutenburgh, v. Grand Banks Yachts, Ltd. and East Coast Yacht Sales, Inc.
United States District Court Cayse No. CA 04 441 S

**Any and all documents, including files, working papers, evaluations, reports, correspondence, documents provided by clients, contracts, proposals, bids, memoranda, orders, letters, facsimiles, billings, receipts, invoices, drawings, photographs, insurance claims, analyses, plans, log books, diaries, surveys, messages, summaries, drafts, notes, computer disks and indexes thereto, computer files, e-mails, computer tapes, printouts, data sheets, data processing cards or any other written, recorded, transcribed or untranscribed, punched, taped, filmed or graphic matter in your possession, custody or control pertaining in whole or in part to the yacht owned by R. Brook Stoutenburgh and Patricia Stoutenburgh, a model Eastbay 49, hull number 41 craft named the "Patty Wagon", or pertaining in whole or in part to the following persons or entities:**

**R. Brook Stoutenburgh**
**Patricia Stoutenburgh**
**Grand Banks Yachts, Ltd.**
**East Coast Yacht Sales, Inc.**