DPM:kz 05-114 10-11-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH and PATRICIA STOUTENBURGH | : | |
| VS. | : | C.A. NO.: 2004-0441/S |
| GRAND BANKS YACHTS, LTD. and EAST COAST YACHT SALES, INC. | : | |

# ASSENTED TO MOTION FOR ENLARGEMENT OF TIME

NOW COME the Plaintiffs, R. Brook Stoutenburgh and Patricia Stoutenburgh, and hereby move this Court for an extension of certain deadlines prescribed by the Court's scheduling order. The parties to this litigation hereby agree to the following extensions, and request a modification of the court's scheduling order in accordance with same:

Fact Discovery: Extended 45 days.

Expert Discovery: Extended 30 days.

Mediation: Completed by February 20, 2006.

Dispositive Motions and Pretrial Memoranda: Unchanged.

Plaintiff
By Their Attorney,

[signature]

Daniel P. McKiernan, Esquire (#4705)
**McKiernan Thompson & Millea**
243 North Main Street
Providence, Rhode Island 02903
(401) 223-1400
(401) 223-1401 (fax)

## PROOF OF SERVICE

I hereby certify that on this 13 day of October, 2005, I served a true copy of the within ***Answer*** upon **Brooks R. Magratten, Esquire,** VETTER & WHITE, 20 Washington Place, Providence, RI 02903; **J. Thomas Richardson, Esquire, Stephen P. Vanderhoef, Esquire, Diana Shukis, Esquire,** CAIRNCROSS & HEMPELMANN, P.S., 524 Second Avenue, Suite 500, Seattle, WA 98104-2323; and **Richard MacAdams, Esquire,** MacADAMS & WIECK, 101 Dyer Street, Providence, RI 02903 by mailing a copy of same to him at his usual place of business as hereinabove set forth.

Kelly J. Cano

**McKiernan Thompson & Millea**