DPM:kz 05-114 10-11-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH and PATRICIA STOUTENBURGH | : | |
| VS. | : | C.A. NO.: 2004-0441/S |
| GRAND BANKS YACHTS, LTD. and EAST COAST YACHT SALES, INC. | : | |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME

NOW COME the Plaintiffs, R. Brook Stoutenburgh and Patricia Stoutenburgh, and hereby move this Court for an extension of certain deadlines prescribed by the Court's scheduling order. The parties to this litigation hereby agree to the following extensions, and request a modification of the court's scheduling order in accordance with same:

Fact Discovery: Extended 45 days.

Expert Discovery: Extended 30 days.

Mediation: Completed by February 20, 2006.

Dispositive Motions and Pretrial Memoranda: Unchanged.

Plaintiff
By Their Attorney,

Daniel P. McKiernan

Daniel P. McKiernan, Esquire (#4705)
**McKiernan Thompson & Millea**
243 North Main Street
Providence, Rhode Island 02903
(401) 223-1400
(401) 223-1401 (fax)

Granted
WMM
USDJ
10/14/05