UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | **NOTICE TO TAKE DEPOSITION OF R. BROOK STOUTENBURGH** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant Grand Banks Yachts, Ltd. will take the deposition upon oral examination of plaintiff, R. Brook Stoutenburgh, on November 15, 2005 at 1:00 p.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700
(206) 587-2308 [FAX]

Dated: October 25, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903-3908

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition Of R. Brook Stoutenburgh by first class mail, postage prepaid, on the 25th day of October, 2005.

/Melanie Goetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | **NOTICE TO TAKE DEPOSITION OF PATRICIA STOUTENBURGH** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant Grand Banks Yachts, Ltd. will take the deposition upon oral examination of plaintiff, Patricia Stoutenburgh, on November 15, 2005 at 9:00 a.m. before a Notary Public or other qualified officer at the offices of VETTER & WHITE, 20 Washington Place, Providence, Rhode Island and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700
(206) 587-2308 [FAX]

Dated: October 25, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903-3908

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition Of Patricia Stoutenburgh by first class mail, postage prepaid, on the 25th day of October, 2005.

/Melanie Scotti