UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | **AMENDED NOTICE TO TAKE DEPOSITION OF BROOK STOUTENBURGH** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant Grand Banks Yachts, Ltd. will take the deposition upon oral examination of plaintiff, Brook Stoutenburgh, on December 6, 2005 at 1:00 p.m. before a Notary Public or other qualified officer at the offices of Akerman Senterfitt, located in the Esperante Building, 4th Floor, 222 Lakeview Avenue, Suite 400, West Palm Beach, Florida and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700
(206) 587-2308 [FAX]

Dated: November 17, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903-3908

I hereby certify that I served on the above-named counsel of record a copy of the within Amended Notice To Take Deposition Of Brook Stoutenburgh by first class mail, postage prepaid, on the 17 th day of November, 2005.

/Melaine Gosetti

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | **AMENDED NOTICE TO TAKE DEPOSITION OF PATRICIA STOUTENBURGH** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. 30 defendant Grand Banks Yachts, Ltd. will take the deposition upon oral examination of plaintiff, Patricia Stoutenburgh, on December 6, 2005 at 9:00 a.m. before a Notary Public or other qualified officer at the offices of Akerman Senterfitt, located in the Esperante Building, 4th Floor, 222 Lakeview Avenue, Suite 400, West Palm Beach, Florida and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Stephen P. VanDerhoef, Esq.
Diana Shukis, Esq.
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
(206) 587-0700
(206) 587-2308 [FAX]

Dated: November 17, 2005

CERTIFICATE OF SERVICE

To:

Daniel P. McKiernan, Esq.
McKiernan, Thompson & Millea
243 North Main Street
Providence, RI 02903

Richard MacAdams, Esq.
MacAdams & Wieck
101 Dyer Street, Suite 400
Providence, RI 02903-3908

I hereby certify that I served on the above-named counsel of record a copy of the within Amended Notice To Take Deposition Of Patricia Stoutenburgh by first class mail, postage prepaid, on the 17 th day of November, 2005.

Melanie Gossetti