UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| R. BROOK STOUTENBURGH, et al., Plaintiffs | ) | C.A. No. 04-0441/S |
| v. | ) | |
| GRAND BANKS YACHTS, LTD., et al., Defendants | ) | |

**DISMISSAL STIPULATION**

Plaintiffs and defendants agree that this action may be dismissed with prejudice and without any award of costs or fees.

Daniel P. McKiernan, Esq., No. 4705
MCKIERNAN, THOMPSON & MILLEA
Attorney for Plaintiffs
243 North Main Street
Providence, Rhode Island 02903
(401) 223-1400
(401) 223-1401 FAX

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Grand Banks Yachts, Ltd.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Stephen P. Vanderhoef, Esq.
Cairncross & Hempelmann
524 Second Avenue - Suite 500
Seattle, Washington 98104-2323
(206) 587-0700
(206) 587-2308 FAX

~~Richard W. MacAdams, Esq., No. 1681~~ DENNIS R. GANNON, ESQ. # 2280
MACADAMS & WIECK
Attorneys for Defendant East Coast Yacht Sales, Inc.
101 Dyer Street
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 FAX

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/10/06

Dated: 2/17/06